IN THE SUPREME COURT OF TEXAS

 No. 09-0432

 IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN FOUNDATION REPAIR
 COMPANY OF DALLAS, LTD.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed June 18, 2009, is
granted. All trial court proceedings in Cause No. 07-06-435, styled
Kenneth and Vickie Kilpatrick v. Olshan Foundation Repair Company LLC and
Olshan Foundation Repair Company of Dallas, Ltd., in the 271st District
Court of Wise County, Texas, are stayed pending further order of this
Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., July 13,
2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 03, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk